IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JORGE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-173-C |
| | ) | |
| BETH MALONE and | ) | |
| GRADY COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on April 9, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 5) is adopted and the Complaint is dismissed without prejudice.

IT IS SO ORDERED this 29th day of April, 2015.

ROBIN J. CAUTHRON
United States District Judge